## Criminal Complaint Affidavit for Samuel Rodriguez-Vasquez

Your Affiant, Special Agent James F. Bugg, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since May of 2019 and I am presently assigned to the Office of the Resident Special Agent in Charge, Ft. Mitchell, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your affiant has not included each and every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5.     On August 17, 2025, while conducting targeted Criminal Alien Program Operations in the Stanford, KY area, Supervisory Detention and Deportation Officer (SDDO) Phelps of Bowling Green, KY ICE ERO encountered Samuel RODRIGUEZ-Vasquez aka Rigoberto SILVAS after he was arrested locally for Driving Under the Influence and Traffic violations. RODRIGUEZ bonded out of local custody prior to the arrival of an ICE Detainer.

6.     RODRIGUEZ's fingerprints were taken at the time of his arrest when he was booked into Casey County. SDDO Phelps positively identified the man that was in custody through records checks as previously removed Mexican citizen Samuel RODRIGUEZ-Vasquez, the subject of Alien Registration Number A099 761 121 and FBI/Universal Control Number 418897AC3.

7.     RODRIGUEZ's criminal history includes convictions for Domestic Battery, Driving Under the Influence, and Unlawful Imprisonment.

8.     Further review of documents obtained from RODRIGUEZ's Alien File revealed information regarding RODRIGUEZ's immigration history. RODRIGUEZ was ordered removed to Mexico by an Immigration Judge on March 22, 2007. RODRIGUEZ was removed to Mexico on March 31, 2007, and March 25, 2022.

9.     There is no evidence of an application for admission into the United States for RODRIGUEZ following his last removal.

10.    Based on the above information, I believe there is probable cause supporting the conclusion that RODRIGUEZ is an alien who has been found in the United States in Lincoln County, in the Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a).

/s/ James F. Bugg
_____
James F. Bugg, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Transmitted via email and attested to by email in accordance with the requirements of Fed. R. Crim. P. 4.1 on this __3rd__ day of __Sept.__, 20__25__.

_____
MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE